# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – FLINT

**In re:**　　　　　　　　　　　　　　　　　Chapter 13

Alicia Wilson　　　　　　　　　　　　　　　Case No. 20-31915

　　　　　　　　　　　　　　　　　　　　　Hon. Joel D. Applebaum

　　　　Debtor(s).　　　　　　　　　　／

## ORDER TO VOLUNTARY DISMISS CASE

Upon consideration of Debtor(s), Alicia Wilson's request to voluntarily dismiss this case pursuant to 11 USC § 1307(b):

**IT IS HEREBY ORDERED** that this case is dismissed.

**Signed on October 28, 2022**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**